

| | | |
|---|---|---|
| **Richmond**<br>2104 W. Laburnum Ave.<br>Suite 201<br>Richmond, VA 23227<br>Phone: (804) 358-9900<br>Fax: (804) 358-8704 | **Virginia Beach**<br>272 Bendix Rd.<br>Suite 330<br>Virginia Beach, VA 23452<br>Phone: (757) 313-3000<br>Fax: (804) 358-8704 | **Hampton**<br>2 Eaton Street<br>Suite 106<br>Hampton, VA  23669<br>Phone: (757) 825-5577<br>Fax: (804) 358-8704 |

March 17, 2017

**VIA ECF**

William Redden, Clerk
U.S. Bankruptcy Court
701 E. Broad Street,  Suite 4000
Richmond, VA  23219-3515

> **Re:**  **Frank Virgil Perkins, Case No. 16-32929-KLP**
> **Withdrawal of Debtor's Objection to Claim**

Dear Mr. Redden:

This firm represents the above-referenced Debtor in this Chapter 13 bankruptcy case. The Debtor, by Counsel, filed an Objection to Claim entered on the Docket as Entry #29.

Please accept this letter as the Debtor's formal Withdrawal regarding the aforementioned Objection to Claim.

Please telephone if you have any questions.

Sincerely,


/s/ Mark C. Leffler
Mark C. Leffler (VSB #40712)
Counsel for Debtor

CC: Carl M. Bates, Esquire, Ch. 13 Trustee (via ECF)