**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: Frank Virgil Perkins<br>AKA Frank Virgil Perkins, Jr.<br>Debtor | Case No. 16-32929-KLP<br>Chapter 13 |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

Upon Debtor's Objection to claim number 2-1 as originally filed by American Honda Finance Corporation ("American Honda"), and

Upon Debtor's denial of any liability to American Honda exceeding the $1,500.00 amount the Debtor stated in his Schedules, and

Upon American Honda's failure to file a timely Response to the Objection to Claim within the time period required by Local Bankruptcy Rule Number 9013-1(H)(3)(d), it is hereby

ORDERED that Debtor's Objection to American Honda's claim number 2-1 is SUSTAINED hereby; and it is further

ORDERED that American Honda's claim is disallowed as filed but allowed in the amount of $1,500.00.

It is further ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

Date: May 15 2017

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: May 16 2017

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Debtor

I ask for this:

/s/ Mark C. Leffler
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Debtor

Seen and No Objection:


 /s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee

## **CERTIFICATION**

I certify that a copy of this Order has been endorsed by all necessary parties.

                                                   /s/ Mark C. Leffler
                                                   Counsel for Debtors

## PARTIES TO RECEIVE COPIES

Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227

American Honda Finance Corporation
c/o CT Corporation System, Reg. Agent
4701 Cox Road, Suite 285
Glen Allen, VA 23060

American Honda Finance Corporation
PO Box 168088
Irving, TX 75016-8088

Frank V. Perkins
4384 Three Bridge Road
Powhatan, VA 23139

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218